Submitted on record and briefs June 22, reversed and remanded for a new trial
August 1, 1990

# STATE OF OREGON,
*Respondent,*

*v.*

# ROBERT KEITH DAVID,
*Appellant.*

(P090361; CA A61956)

795 P2d 121

Julie A. Leonhardt, Sandy, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Ann Kelley, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for driving under the influence of intoxicants. The trial was to the court without a jury, and defendant elected to represent himself. On appeal, he contends that he was not properly advised of the consequences of proceeding *pro se* and, therefore, that his waiver of counsel was not valid. The state concedes that defendant is correct, and we agree. *State ex rel Juv. Dept. v. Cheney,* 96 Or App 680, 773 P2d 1351 (1989); *State v. Boswell,* 92 Or App 652, 760 P2d 276 (1988).

Reversed and remanded for a new trial.